```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    23cv8798(DLC)
THREE AMIGOS HOLDINGS, INC.,             :
                                         :         ORDER
                         Plaintiff,      :
              -v-                        :
                                         :
MAXBEN HOLDINGS, LLC,                    :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    This matter was removed from New York state court to this Court on October 6, 2023.  Currently pending is the plaintiff's motion for summary judgment, which was filed in lieu of a complaint pursuant to N.Y. CPLR § 3213.  On October 12, counsel for the defendant, Moritt Hock & Hamroff LLP ("MHH"), filed a motion to withdraw as counsel and for a sixty day stay of the proceedings while the defendant retains new counsel.  The defendant consents to MHH's withdrawal.  Accordingly, it is hereby

    ORDERED that MHH's application to withdraw as counsel for the defendant is granted.

    IT IS FURTHER ORDERED that the defendant retain new counsel in this case by October 27, 2023.  Any new counsel shall file a notice of appearance on ECF by October 27, 2023.  If the

defendant does not do so, default judgment may be entered against it.

IT IS FURTHER ORDERED that any opposition to the plaintiff's motion for summary judgment is due November 17, 2023. Any reply is due December 1, 2023. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         October 13, 2023

                                       DENISE COTE
                        United States District Judge