| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: Koushik Bhattacharya | SBN: 5956000<br>Schulman Bhattacharya, LLC<br>6116 Executive Boulevard, Suite 425, North Bethesda, MD 20852<br>TELEPHONE NO.: | FAX NO. | E-MAIL ADDRESS *(Optional)*: natalie@schulmanbh.com<br>ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|
| **Supreme Court of The State of New York**<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: , NY<br>BRANCH NAME: County of New York | |
| PLAINTIFF: THREE AMIGOS HOLDINGS, INC<br>DEFENDANT: MAXBEN HOLDINGS, LLC | CASE NUMBER:<br>654562/2023 |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONSNOTICE OF MOTION FOR SUMMARY JUDGMENT IN LIEU OF COMPLAINTAffidavitExhibit a-bRequest for Judicial InterventionCommercial DivisionATTORNEY AFFIRMATION OF SERVICE AMENDED ATTORNEY AFFIRMATION OF SERVICE**

PARTY SERVED: Harvard Business Services, Inc.
PERSON SERVED: Gary Diamani - Mail Room
DATE & TIME OF DELIVERY: 9/26/2023  3:00 PM
DDRESS, CITY, AND STATE: 16192 Costal Hwy, Lewes, DE 19958

PHYSICAL DESCRIPTION:
Age: 30's    Weight: 160    Hair: Bald
Sex: Male    Height: 5'6    Eyes:
Skin: Caucasian    Marks:

MANNER OF SERVICE:

WITNESS FEES:
Were offered or demanded and paid: $ .00.

SWORN at
this __Oath__ day of October, 2023
before and in the presence of:

*[signature]*
**Notary Public**

BRUCE A. ROGERS
ATTORNEY AT LAW
NOTARIAL AUTHORITY
PER 29 DEL. C § 4323(a)(3)

Fee for Service: $ .00
County:
Registration No.:
**Process Server One - EFile Expert LLC**
**13395 Voyager Parkway Suite 130**
**PMB 311**
**Colorado Springs, CO 80921**
**(855) 545-1303**

I declare under penalty of perjury under the laws of the United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **September 26, 2023**

Signature: *[signature]*
Don Oliphant

**PROOF OF SERVICE**                                    DefaultProof/27102