```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
THREE AMIGOS HOLDINGS, INC.,             :     23cv8798 (DLC)
                                         :
                      Plaintiff,         :        ORDER
           -v-                           :
                                         :
MAXBEN HOLDINGS, LLC,                    :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on December 13, 2023, it is hereby

ORDERED that by December 15, 2023 the plaintiff shall file a proposed final judgment.

IT IS FURTHER ORDERED that this case will be referred to mediation to occur in January 2024. The Clerk of Court will contact the parties when a mediator has been selected.

IT IS FURTHER ORDERED that any motion for attorney's fees will be served by the dates indicated below.

- Motion served by February 9, 2024
- Opposition served by February 23, 2024
- Reply served by March 1, 2024

Dated: New York, New York
       December 13, 2023

_____
          DENISE COTE
     United States District Judge