UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THREE AMIGOS HOLDINGS, INC.<br><br>*Plaintiff,*<br><br>vs.<br><br>MAXBEN HOLDINGS, LLC<br><br>*Defendant.* | Case No. 1:23-CV-08798-DLC |

## [PROPOSED] ORDER AND JUDGMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and upon reading the parties' respective briefs and all other matters presented to the Court, and hearing argument, HEREBY

**GRANTS** Plaintiff's Motion for Summary Judgment (ECF No. 1 at Exhibit 1); and

**ORDERS** that judgment is entered against Defendant MAXBEN HOLDINGS, LLC, in the amount of $511,787.50, and as to liability only for Plaintiff's attorneys' fees incurred in this action, in an amount to be determined by this Court.

IT IS SO ORDERED

Dated: December 14, 2023.

_____
Denise L. Cote
United States District Judge