UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THREE AMIGOS HOLDINGS, INC.,

          *Plaintiff,*

   v.

MAXBEN HOLDINGS, LLC,

          *Defendants.*

Case No. 1:23-cv-08798-DLC

## [PROPOSED] ORDER AND JUDGMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having granted Plaintiffs' motion for summary judgment (ECF No. 1 at Ex. 1) by Order and Judgment dated December 14, 2023 (ECF No. 22) which found Defendant liable for Plaintiff's attorneys fees in an amount to be determined by subsequent proceedings, and having received notice that the parties have stipulated to the amount of $38,000 as reasonable liquidated damages for such attorneys' fees, HEREBY:

ORDERS that judgment is hereby entered against Defendant Maxben Holdings, LLC in the amount $38,000. *The Clerk of Court shall close the case.*

Dated: 1/11/24

Hon. Denise L. Cote
United States District Judge