UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
THREE AMIGOS HOLDINGS, INC.,               :
                                           :
                        Plaintiff,         :    23cv8798 (DLC)
           -v-                             :
                                           :         ORDER
MAXBEN HOLDINGS, LLC,                      :
                                           :
                        Defendant.         :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

   Having received the plaintiff's May 14, 2024 motion for a turnover order, it is hereby

   ORDERED that the parties shall appear for a conference with the Court on **May 17, 2024** at **11:00 A.M.** in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated:   New York, New York
         May 14, 2024

                                   _____
                                          DENISE COTE
                                   United States District Judge