```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
THREE AMIGOS HOLDINGS, INC.,         :    23cv8798 (DLC)
                                     :
                    Plaintiff,       :    ORDER
          -v-                        :
                                     :
MAXBEN HOLDINGS, LLC,                :
                                     :
                    Defendant.       :
------------------------------------ X
```

DENISE COTE, District Judge:

As set forth at the telephonic conference held on May 17, 2024 regarding the plaintiff's May 14, 2024 motion for a turnover order, it is hereby

ORDERED that the defendant may supplement its discovery responses on or before **May 20, 2024.**

IT IS FURTHER ORDERED that the defendant's opposition to the motion for a turnover order shall be filed by **May 21, 2024.** The plaintiff's reply, if any, shall be filed by **May 22, 2024.**

SO ORDERED:

Dated:    New York, New York
          May 17, 2024

                                    _____
                                              DENISE COTE
                                    United States District Judge